1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JESUS GUILLEN,                                1:09-cv-01209 YNP DLB (HC)

12              Petitioner,                         ORDER TRANSFERRING CASE TO THE
                                                    UNITED STATES DISTRICT COURT FOR
13    vs.                                           THE CENTRAL DISTRICT OF
                                                    CALIFORNIA
14    THE STATE OF CALIFORNIA,

15

16              Respondent.

17    _____/

18

19          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20    U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21          Venue for a habeas action is proper in either the district of confinement or the district of

22    conviction.  28 U.S.C. A. § 2241 (d).  However, it is preferable for petitions challenging a conviction

23    or sentence to be heard in the district of conviction while petitions challenging the manner in which the

24    sentence is being executed be heard in the district of confinement.  Dunne v. Henman, 875 F.2d 244, 249

25    (9th Cir. 1989).

26          In this case, the petitioner is challenging a conviction from Riverside County, which is in the

27    Central District of California; therefore, the petition should have been filed in the United States District

28    Court for the Central District of California.  In the interest of justice, a federal court may transfer a case

                                                    -1-

1   filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

2   918, 932 (D.C. Cir. 1974).

3          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4   District Court for the Central District of California.

5

6          IT IS SO ORDERED.

7      **Dated:    July 30, 2009**                        **/s/ Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-